E-FILED
Thursday, 05 June, 2014  11:47:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF Illinois

MICHAEL JOHNSON #R603104
    Plaintiff,

vs.

C/o T. Sullivan
SUED IN HIS INDIVIDUAL CAPACITY
    DEFENDANT,

CASE NO.

JURY TRIAL DEMANDED
Complaint For Money DAMAGES

## I. Jurisdiction

1. Plaintiff brings this lawsuit pursuant to 42 U.S.C. § 1983. This court has jurisdiction under 28 U.S.C. §§ 1331 AND 1343.

## II. VENUE

2. The central District of Illinois is an appropriate venue under 28 U.S.C. § 1391(b) or 28 U.S.C. § 1391(b)(2) Because All parts of the events or omissions giving rise to the claims occurred in this district.

## III. PARTIES

3. PLAINTIFF Michael Johnson #R63104 WAS At All TIMES RELEVANT TO THIS ACTION A PRISONER INCARCERATED At THE Pontiac CORRECTIONAL CENTER, WHICH IS LOCATED IN THE CENTRAL DISTRICT, At P.O. BOX 99, Pontiac, IL 61764.

4. DEFENDANT CORRECTIONAL OFFICER T. Sullivan WAS At All TIMES RELEVANT TO THIS ~~complaint~~ ACTION A CORRECTIONAL OFFICER At THE Pontiac CORRECTIONAL CENTER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AND WAS ACTING UNDER COLOR OF STATE AND FEDERAL LAW, AS WELL AS INSTITUTIONAL RULES AND POLICIES GOVERNED BY STATE LAW, AND EMPLOYED At Pontiac CORRECTIONAL CENTER, P.O. BOX 99, Pontiac, IL 61764.

### IV. Litigation History

5. PLAINTIFF FILED THREE (3) PRO SE LAWSUITS IN FEDERAL COURT WHILE INCARCERATED IN THE Illinois DEPARTMENT OF CORRECTIONS.

6. ONE CASE IS JOHNSON VS. BUCHENAU FILED IN THE CENTRAL DISTRICT IN 2012 AND WAS AN EXCESSIVE FORCE CASE CHALLENGING Eighth AMENDMENT VIOLATIONS AND THE CASE WAS DISMISSED AND PLAINTIFF APPEALED AND It IS CURRENTLY PENDING.

7. THE SECOND CASE IS JOHNSON VS. Stuck FILED IN THE SOUTHERN DISTRICT IN 2013 AND WAS AN EXCESSIVE FORCE CASE Challenging Eighth AMENDMENT VIOLATIONS AND PLAINTIFF DOESN'T KNOW WHAT'S GOING ON WITH THIS CASE.

8. THE THIRD CASE IS JOHNSON VS. MOSS CASE NO. 14-1207 JUST FILED IN THE CENTRAL DISTRICT ON 5-9-14 DEALING WITH MENTAL HEALTH ISSUES CHALLENGING EIGHTH AND FOURTEENTH AMENDMENT VIOLATIONS.

## V. EXHAUSTION OF ADMINISTRATION REMEDIES

9. PLAINTIFF FILED A GRIEVANCE DATED 2-25-14 TO THE COUNSELOR OF PONTIAC C.C. SEE EXHIBIT A.

10. PLAINTIFF RECEIVED A COUNSELOR'S RESPONSE TO THE 2-25-14 GRIEVANCE AND IMMEDIATELY MADE COPIES OF IT. SEE EXHIBIT A.

11. AFTER RECEIVING COPIES PLAINTIFF IMMEDIATELY SUBMITTED THE ORIGINAL THROUGH THE INSTITUTION'S MAILING SYSTEM TO THE ~~GRIEVANCE~~ GRIEVANCE OFFICER ON 3-17-14. SEE EXHIBIT A.

12. SIXTY CALENDER DAYS ELAPSED AND PLAINTIFF HAD NOT RECEIVED ANY RESPONSE TO THE 3-17-14 GRIEVANCE. (2-25-14 GRIEVANCE).

13. ON 4-29-14 PLAINTIFF WROTE A SCRIBE TO THE GRIEVANCE OFFICER REQUESTING FOR A STATUS CHECK ON THE 3-17-14 GRIEVANCE. SEE EXHIBIT B. (2-25-14 GRIEVANCE).

14. OVER SIXTY DAYS HAVE PASSED AND PLAINTIFF HAVE NOT RECEIVED A RESPONSE TO THE 2-25-14 GRIEVANCE THAT HE SENT TO THE GRIEVANCE OFFICER ON 3-17-14 NOR HAS PLAINTIFF RECEIVED A RESPONSE TO THE 4-29-14 SCRIBE SENT THROUGH THE INSTITUTION'S MAILING SYSTEM TO THE GRIEVANCE OFFICER ASKING FOR A STATUS CHECK TO THE 2-25-14 GRIEVANCE.

5. Plaintiff Filed a PROPER GRIEVANCE AS REQUIRED BY INSTITUTIONAL RULES 20 ILLINOIS ADMINISTRATIVE CODE 504. 810, 504.830 AND THE PRISON LITIGATION REFORM ACT.

6. BY THE INSTITUTION'S GRIEVANCE OFFICER NOT RESPONDING WITH- IN TWO MONTHS TO PLAINTIFF'S PROPERLY FILED GRIEVANCE AS REQUIRED BY 20 ILL. ADMN. CODE 504.830 THE EXHAUSTION OF ADMINISTRATIVE REMEDIES HAVE BECOME UNAVAILABLE TO THE PLAINTIFF.

7. ALL PLAINTIFF IS REQUIRED TO DO IS FILE A GRIEVANCE WITH THE ISSUE IN WHICH HE WISHES TO ADDRESS AT EVERY STAGE AVAILABLE TO HIM.

8. PLAINTIFF HAS NO CONTROL OVER THE GRIEVANCE MAKING IT TO THE GRIEVANCE OFFICER ONCE PLAINTIFF SUBMITS IT TO CORRECTIONAL OFFICERS TO DISTRIBUTE IT TO THE GRIEVANCE OFFICER THROUGH THE MAILING SYSTEM OF THE INSTITUTION.

9. NOR DOES PLAINTIFF HAVE CONTROL OVER THE GRIEVANCE BEING PROCESSED IF OR WHEN IT MAKES IT TO THE GRIEVANCE OFFICER.

10. DUE TO SUCH INSTITUTIONAL INCOMPETENCE DUE TO NO FAULT OF PLAINTIFF'S OWN, PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES AS WERE AVAILABLE TO HIM.

11. THE PRISON LITIGATION REFORM ACT STATES AS FOLLOWS: "NO ACTION SHALL BE BROUGHT WITH RESPECT TO PRISON CONDITIONS UNDER SECTION 1983 OF THIS TITLE, OR ANY OTHER FEDERAL LAW, BY A PRISONER CONFINED IN ANY JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY UNTIL SUCH ADMINISTRATIVE REMEDIES

AS ARE AVAilable..... "

22. Plaintiff contends that he has exhausted his administrative in accordance with the P.L.R.A.

23. Exhibits A and B as mentioned in paragraphs 9 through 13 is made apart of this complaint by reference.

## VI. Factual Allegations

24. On 2-19-14 on the three to eleven shift on 3 Gallery of the North Cell House, Officer Sullivan was passing out dinner thays.

25. When Officer Sullivan got to my cell, and opened up the chuckhole to give me my dinner thay, I immediately stuck my left arm out of the chuckhole and asked Officer Sullivan for a Lieutenant.

26. Officer Sullivan, who wasn't looking, turned around and saw my arm out of the chuckhole, put down the dinner thay he had picked up and grabbed my arm in an excessively aggressive manner, twisting and bending my arm in which caused me pain causing me to scream out. See Exhibit A.

27. Officer Sullivan forced my arm back in the chuckhole, closed the chuckhole, and continued to pass out dinner thays without giving me one.

28. I told Officer Sullivan, while he was giving cell #320 his dinner thay, that I wanted to see a Lieutenant.

29. I Told OFFICER Sullivan THAT I WANTED TO SEE A NURSE AND ASKED HIM WHY HE WASN'T GIVING ME A DINNER TRAY AND OFFICER Sullivan ~~responded~~ RESPONDED BAD Niggers GET Nothing. SEE EXHIBITS A, B, C, D, E, AND F.

30. I NEVER GOT A DINNER TRAY FROM OFFICER Sullivan OR ANY other OFFICER THAT Night.

31. I WAS DENIED MEDICAL Attention FOR My ARM WHICH WAS IN PAIN AND CUT FROM THE METAL OF THE CHUCKHOLE.

32. NO LIEUTENANT OR NURSE NEVER CAME TO SEE ME.

33. I INFORMED THE NURSE WHO WAS PASSING OUT P.M. MEDICATION ON THE Night OF THE INCIDENT, AND SHOWED THE NURSE AND THE ESCORTING OFFICER My Bleeding ARM.

34. THE NURSE TOLD ME TO PUT IN FOR SICKCALL THE NEXT DAY.

35. I PUT IN FOR SICKCALL AND WAS EVENTUALLY SEEN ON SICKCALL DAY. SEE EXHIBIT G ~~AND~~ G.

36. PLEASE SEE EXHIBIT A FOR THE ELABORATION ON WHY OFFICER Sullivan ACTED THE WAY HE DID.

37. EXHIBITS A, B, C, D, E, F, G, ~~AND~~ H ARE MADE APART OF THIS COMPLAINT BY REFERENCE AND APPLIES TO PARAGRAPHS 24 THROUGH 32.

38. THERE IS A CAMERA ON EACH GALLERY THAT RECORDS AND OBSERVE THE GALLERY AND THE CELLS OF THE NORTH CELL HOUSE. AS A MATTER OF FACT, THERE ARE CAMERAS POSITIONED IN DIFFERENT locations ON EACH GALLARY OBSERVING THE CELLS AND I CAN PROVE IT.

39. ALSO OFFICER Sullivan DID NOT WHITE ME ANY TICKET FOR BREAKING ANY Rule INFRACTIONS.

## VII. Cause of Action

### Count I

40. Plaintiff incorporates paragraphs 1 through 39 as though they were stated fully herein.

41. Defendant T. Sullivan violated Plaintiff's eighth amendment right to be free from cruel and unusual punishment by trying to break Plaintiff's arm with no penological justifiable reason.

42. Defendant T. Sullivan violated Plaintiff's eighth amendment right to be free from cruel and unusual punishment when he cut Plaintiff's arm on the chuckhole by the utilization of excessive force when no threat was posed to him and denied the Plaintiff a dinner tray causing him to go hungry for fourteen hours while experiencing pain from his injured arm.

43. Defendant T. Sullivan violated Plaintiff's eighth amendment right to be free from cruel and unusual punishment by maliciously and sadistically causing the Plaintiff harm as stated in paragraphs 41 and 42 and denying Plaintiff medical attention and threatening him causing him emotional turmoil due to the fear of the threats being carried out against him.

4. DEFENDANT T. SULLIVAN VIOLATED PLAINTIFF's EIGHTH AMENDMENT right to be free from cruel and unusual punishment by subjecting Plaintiff to all the relevant wrongs stated in Paragraphs 24 through 39.

## VIII. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this court :

A. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States ;

B. Order Defendant to pay compensatory damages in the amount of $10.000 ;

C. Order Defendant to pay Punitive damages in the amount of $5.000 ;

D. Order Defendant to pay reasonable Attorney fees and cost ; and

E. Grant other just and equitable relief that this Honorable court deems necessary.

Respectfully submitted,

Michael Johnson

MICHAEL JOHNSON #R63104
PONTIAC CORRECTIONAL CENTER
P.O. Box 99
PONTIAC, IL 61764

# VERIFICATION OF COMPLAINT

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on

Michael Johnson
MICHAEL JOHNSON #R63104
Pontiac, Correctional Center
P.O. Box 99
Pontiac, IL 61764

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

SENT TO GRIEVANCE
OFFICER ON 3-17-14

| Date: 2-25-14 | Offender: (Please Print) Michael Johnson | ID#: 263104 |
|---|---|---|

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Pontiac Correctional Center |
|---|---|

NATURE OF GRIEVANCE: ☒ RELIEF REQUESTED: PRESERVE THE VIDEO Footage.

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA    EXCESSIVE
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify) FORCE

☐ Disciplinary Report: ____/____/____
       Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

THE BELOW INCIDENT HAPPENED APPROXIMATELY AT 3:30 P.M. - 4:30 P.M.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 2-19-14 ON THE THREE TO ELEVEN SHIFT ON 3 GALLERY OF THE NORTH CELL
HOUSE, C/O Sullivan WAS PASSING OUT DINNER THAYS. WHEN C/O Sullivan GOT
TO MY CELL, & OPENED UP MY CHUCKHOLE TO GIVE ME MY DINNER THAY,
I IMMEDIATELY STUCK MY LEFT ARM OUT OF THE CHUCKHOLE & ASKED
C/O Sullivan FOR A LIEUTENANT. C/O Sullivan, WHO WASN'T PAYING ATTENTION
TO MY ARM OUT OF THE CHUCKHOLE BECAUSE HE WAS GRABBING & PICKING
UP A DINNER THAY TO PUT IN MY CHUCKHOLE, PUT THE DINNER THAY
DOWN, AFTER SEEING MY ARM OUT THE CHUCKHOLE, GRABBED MY ARM IN
AN AGGRESSIVE & EXCESSIVE MANNER TWISTING & BENDING & GRIPPING

**Relief Requested:** FOR C/O Sullivan TO BE PUNISHED FOR HIS OFFICAL MISCONDUCT, TO
BE MOVED FROM AROUND C/O Sullivan FOR MY SAFETY & WELLBEING, FOR
MEDICAL TREATMENT FOR MY ARM HE INJURED & TO BE COMPENSATED $35,000 FOR —

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
— THE INJURY TO MY ARM, EMOTIONAL INJURY, VIOLATION OF MY CONSTITUTIONAL RIGHTS.

| Michael Johnson | 263104 | 2/25/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 3/4/14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Staff contacted denied allegations of misconduct
Grievance regarding medical issues should be forwarded
directly to the Grievance Office

| Kennedy | [signature] CC/I | 3/12/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?
   ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ____/____/____
Chief Administrative Officer's Signature      Date

EXHIBIT "A"

PAGE 10 OF 21

"EXHIBIT A"

my Arm causing me pain in which made me scream out while C/O Sullivan forced my arm back in the chuckhole, closed the chuckhole, & continued to pass out dinner trays without giving me one. I told C/O Sullivan through the side of my cell door while C/O Sullivan was giving cell #320 a dinner tray that I wanted to see a Lieutenant, a Nurse, & I told C/O Sullivan why he wasn't feeding me & C/O Sullivan responded to me "Bad Niggers get nothing". I never got a dinner tray from C/O Sullivan at all at anytime during this day making me go hungry all the way to breakfast the next day in which is at 6:30 A.M. or 7:00 A.M. I was denied medical treatment for my arm in which was in pain & cut from the metal of the chuckhole. No Lieutenant or nurse never came to see me. When the nurse (Jane Doe) & escorting officer came to my cell passing out P.M. psyche-antidepressant medications, I told both of them about what happened & showed them my bleeding arm & asked for some medical treatment. C/O nurse told me to put in for sick call the next day so I did. C/O Sullivan has violated my 8th amendment U.S. Constitutional rights & breached all Institutional protocol in the unofficial misconduct & excessive force applied in bad faith with no penalogical justification once so ever but to cause me harm & pain for sticking my arm out the chuckhole taking the chuckhole hostage in which C/O Sullivan didn't like because it would have caused him more work if he had to follow the rules, policies, procedures, & regulations of the Institution as he is obligated to do as an correctional employee employed under contract of Pontiac C.C. & the Illinois Department of Corrections under color of state & federal law. C/O Sullivan did not inform his superiors of any incident, did not write no incident report, no disciplinary report, or nothing. Every time C/O Sullivan comes to my cell he threatens me telling me if I write a grievance on him I will never eat on his shift. C/O Sullivan works three gallery of the North cell house five days a week. I am scared that C/O Sullivan will retaliate against me for writing this grievance on him when he told me & threaten me not to do so or if he finds out I won't eat on his shift in retaliation of disobeying his threats. I am also scared that C/O Sullivan will play with my food as he has been known to do according to other inmates who've been around & knows how he gets down. Inmates in cells #318, 320, & 321 saw & heard the incident of C/O Sullivan assaulting & battering me with excessive-aggressive force causing me harm & injury. The gallery cameras recorded footage is also my witness to verify all above. I want criminal charges lodged against C/O Sullivan for assault & battery on me.

"EXHIBIT A"

4-24-14

To: GRIEVANCE OFFICER

FROM: MICHAEL JOHNSON #Rle3104-N-337

RESPECTFULLY REQUESTING FOR A STATUS CHECK TO THE GRIEVANCE I
SENT IN DATED 2-25-14 IN Relation To C/o Sullivan Trying To
BREAK MY ARM IN THE CHUCKHOLE ON 2-19-14. PLEASE let
ME KNOW IF you Got The GRIEVANCE AND Its STATUS. THANKS

" EXHIBIT B "

STATE OF ILLINOIS )
                ) ss
COUNTY OF _Livingston_ )

"EXHIBIT"

C

## AFFIDAVIT

I, _CRAIG WILLIAMS R28131_, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

I Craig williams (R28131) Beared witness To & oBserved on 2-19-14, on 3 gallery oF north house of Pontiac Correctional center on 3 to 11 shift, At Approximately 3:30pm~ 4:30 Pm c/o Sullivan, while Passing out Dinner trays, c/o sullivan oPen up Inmate Johnson #R63104 chuck hole to give him his Dinner tray. Inmate Johnson#R63104 stuck his arm out the chuck Hole as soon as c/o sullivan opened it, c/o Sullivan Had his head turned away & Johnson #R63104 told c/o sullivan he wanted to speak with an Lieutenant. c/o Sullivan turned toward the chuckhole with a tray in his hand. Put the tray down & Grabbed Inmate's Johnson arm & Aggressively started shoveing, twisting, and bending, using great amount of Excessive force in a Jawkward twist
position & Rammed Inmates Johnson R63104 Arm back into the chuck Hole Immediatly slamming closed the chuck Hole & locked it, Inmate Johnson # R63104 was screaming in agony while this was happening. c/o sullivan then went to the next cell, cell# 320 and continued to Passing out trays (Dinner) c/o sullivan never gave Inmate Johnson#R63104 his Portion of his State dinner tray I heard Inmate Johnson tell c/o sullivan that he wanted to speak with a lieutenant & see a med tech or nurse. Inmate Johnson#R63104

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _27_ day of _APRI_ , 201_4_

_Craig williams_
Affiant

"EXHiBit C"

1 of 2. Pg

STATE OF ILLINOIS )
                ) ss   "EXHiBiT"
COUNTY OF Livingston )
                        C

### AFFIDAVIT

I, Craig Williams R28131, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

Then went on to ask c/o Sullivan why wasn't he Giving Him a dinner tray c/o sullivan said (Bad NiGGeRs get nothing)... I craig williams R28131 am in cell #318 of the Aforementioned Facility B in front of my cell their is a chuckHole on the Left side of my door which allows me craigwilliams R28131 to see to the right of this cell through the crack of the chuck Hole I can see cell 319 where mr Johnson R63104 Lives I craig williams can see crystal clear through the cells chuckHole c/o sullivan never came back to give Imate Johnson R63104, at any time to give him his tray Nor did an Lieutenant or nurse or medtech come to Johnson R63104, Johnson R63104 asked me to fill out an Affidavit for him due to me being able to see his cell & due to me observing the whole Incident. I will testify to All this In The court of law. THE End

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

"EXHiBiT C"

Signed on this 27 day of FM , 2017

Craig Williams
Affiant

MARK G. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016

2 of 2 Pg

STATE OF ILLINOIS      )
                       )  ss      " EXHiBiT "4 ⊘
COUNTY OF Livingston   )          D

## AFFIDAVIT

I, LaBnell Brown _____, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

I Lamell Brown #M-30735, am an Inmate Confined in Cell #320 of Pontiac Correctional Center north cell house, on 2-9-14 on the 3 to 11 shift I Beared witness to & observed out the side of my Cell door A Correctional Officer By the name of Sullivan Breach Institutional protocol & utilize excessive force on my neighbor, Inmate michael Johnson #B-63104, in cell #319 of The Aforementioned facility. During the Course of C/o Sullivan Passing out dinner tray's on 3 gallery of north house, C/o Sullivan stoped in front of Cell #319 & opened the Chuckhole. Inmate Johnson # B-63104 stuck his arm out the chuckhole & Immediately Requested to see a Lieutenant C/o Sullivan Put the food tray down & grabbed Inmate Johnson's arm & began twisting & Bending It in a Grotesque manner. I heard inmate Johnson scream out in Pain. C/o Sullivan eventually forcibly Push Johnson's arm Back in the Chuckhole & Simultaneously Slammed the Chuckhole of cell #319 & locked It. C/o Sullian subsequently began Pushing the food cart away from in front of cell #319 & came directly in front of my cell, Cell #320, while Sullivan was opening my chuckhole giving me my Dinner Trey, I heard inmate Johnson ask C/o Sullivan why wasn't he feeding him. C/o Sullivan said "Bad nigger's don't eat" & continued to Pass Tray's. C/o Sullivan never came to Johnson's cell in Respone to his Request. The time of this incident took Place at Approximately from 3:30 Pm to 4:30 p.m Johnson B-63104 asked me to write an Affidavit & I have on my own free will. This Incident took place in north house of Pontiac Correctional Center on 3 gallery on 2-19-14. I can see out the side of my door Toward cell #319 Real Good.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

" EXHiBiT D "

Signed on this 25 day of F.b _____, 2014

Lamell Brown # M 30735
**Affiant**

MARK G. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016

COUNTY OF LIVINGSTON )          ss          EXHiBiT E"

## AFFIDAVIT

I, JOSHUA KASZUBA, do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.
ON 2-19-2014 I WITNESSED C/O SULLIVAN PASS
OUT FOOD, AND WHEN HE CAME TO MICHAEL JOHNSON
#R63107 CELL N-319 I SAW C/O SULLIVAN GRAB
INMATE JOHNSONS HAND AND SUPER AGGRESSIVELY
TWIST AND TURN AS TO BREAK HIS ARM, AND THREN
HIS ARM BACK IN THE FOOD PORT. AND I HEARD THIS
INMATE SCREAM, AND HE DIDNT GET FEED
THE C/O SAID 'BAD NIGGERS DONT GET FED.

IF NEED BE I WILL TESTIFY TO WHAT I SAW OUT
OF THE SIDE OF MY DOOR

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief. I do declare and affirm that the matter at
hand is not taken either frivoulously or maliciously and that I believe the
foregoing matter is taken in good faith.      25       FEB

Signed on this 25 day of FEb , 201 7

Affiant _Joshua Kaszuba_

" EXHiBiT E"

MARK G. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016

PAGE 16 OF 21

STATE OF ILLINOIS )
                   ) ss

COUNTY OF _Livingston_ )

" EXHIBIT "
F

## AFFIDAVIT

I, _Michael Johnson_ , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

I, Michael Johnson #R63104, WAS ASSAULTED & BATTERED ON 2-19-14 By C/O Sullivan on the 3 To 11 Shift on the 3 Gallery of Pontiac Correctional ce CENTER, In Pontiac, Illinois, At Approximately 3:30 P.M. - 4:30 P.M. AFTER I stuck My ARM out the ChuckHole, Taking It Hostage, Due To Issues I WAS Dealing with & C/O Sullivan GRABBED, Twisted, Bended, & Scrape My ARM on THE METAL of THE ChuckHole Causing ME Pain & Injury & Did Not Feed ME A Dinner Tray In RETALIATION To Taking the ChuckHole Hostage. C/O Sullivan ACTED RECKLESSLY & In DISREGARD of My Constitutional Rights violating Due Process By Not Following Photocol & violating My Eighth Amendment Right By Subjecting ME To CRUEL & unusual Punishment of the U.S. Constitution. HE VIOLATED Due Process By BReaching The Procedures of THE Institution. I HAVE Been Putting In To Sickcall FOR My Injured LEFT ARM Caused by C/O Sullivans Conduct. C/O Sullivan HAS THREATEN To RETALIATE Against ME FOR Filing A Grievance, My LEFT ARM HAS Been Giving ME Problems & Causing ME Pain EVERY Since C/O Sullivan Injured It. This INCIDENT Took Place In the NorTH Cell House OF THE AFOREMENTIONED INSTITUTION. I'VE wrote & Filed A Grievance To THE Grievance OFFICER on 2-25-14. I wrote THE COUNSELOR & INFORMED hi Him/HER OF THE INCIDENT & REQUESTED FOR THE INCIDENT To Be INVESTIGATED.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

" EXHIBIT F "

Signed on this _25_ day of _Fb_ , 2014.

_Michael Johnson_
Affiant

MARK S. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016

" EXHIBIT G "

2/c

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____.          Date _____ 3-1-14

Offender Name _Michael Johnson_          ID# _6103104_          Housing Unit ~~_____~~ N539

Pay to _____ Health Care Unit  I.DOC _____

Address _____ P.O. Box 19 _____

City, State, Zip _____ Pontiac, Il 61764 _____

The sum of _____ 5 dollars and 00 _____ cents charged to my trust fund
account, for the purpose of _Health Care Unit For Arm Injury - Pain In My Left Arm._

☐ I hereby authorize payment of postage for the attached mail.   ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature ____Michael Johnson____          ID# _6103104_

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

3-6

Printed on Recycled Paper

Entered

MAR 11 2014

Pontiac Correctional Center
Trust Office

DOC 0296 (Eff. 1/2008)
(Replaces DC 828)

" EXHIBIT "
G

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JOHNSON
        PLAINTIFF,                    )
                                      )
                                      )
                                      )
VS.                                   )    CASE NO.
                                      )
C/O T. SULLIVAN                       )
        DEFENDANT,                    )
                                      )

DECLARATION UNDER PENALTY OF PERJURY OF MICHAEL JOHNSON

MICHAEL JOHNSON #R63104, BEING COMPETENT TO MAKE THIS DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. § 1746:

1. ON 2-19-14 ON THE THREE (3) TO ELEVEN (11) SHIFT ON THREE (3) GALLERY OF THE NORTH CELL HOUSE, OFFICER SULLIVAN WAS PASSING OUT DINNER TRAYS.

2. WHEN OFFICER SULLIVAN GOT TO MY CELL, AND OPENED UP THE CHUCKHOLE TO GIVE ME MY DINNER TRAY, I IMMEDIATELY STUCK MY LEFT ARM OUT OF THE CHUCKHOLE AND ASKED OFFICER SULLIVAN FOR A LIEUTENANT.

3. OFFICER SULLIVAN, WHO WASN'T LOOKING, TURNED AROUND AND SAW MY ARM OUT OF THE CHUCKHOLE, PUT DOWN THE DINNER TRAY HE HAD PICKED UP AND GRABBED MY ARM IN AN EXCESSIVELY AGGRESSIVELY MANNER, TWISTING AND BENDING MY ARM IN WHICH CAUSED ME PAIN CAUSING ME TO SCREAM OUT.

1. OFFICER Sullivan FORCED My ARM BACK IN THE CHUCKHOLE, CLOSED THE CHUCKHOLE, AND CONTINUED TO PASS OUT DINNER Trays without GIVING ME ONE.

2. I Told OFFICER Sullivan, WHILE HE WAS GIVING CELL # 320 HIS DINNER Tray, THAT I WANTED TO SEE A LIEUTENANT.

3. I ALSO Told OFFICER Sullivan That I WANTED TO SEE A NURSE AND ASKED HIM WHY HE WASN'T GIVING ME A DINNER Tray AND OFFICER Sullivan RESPONDED "BAD NIGGER'S GET NOTHING".

7. I NEVER RECEIVED A DINNER Tray IN THE NIGHT IN QUESTION.

8. I WAS DENIED MEDICAL ATTENTION FOR My ARM IN WHICH WAS IN PAIN.

9. No LIEUTENANT OR NURSE NEVER CAME TO SEE ME.

10. I INFORMED THE NURSE WHO WAS PASSING OUT P.M. MEDICATION ON THE NIGHT OF THE INCIDENT, AND SHOWED THE NURSE AND THE ESCORTING OFFICER My Bleeding ARM.

11. THE NURSE Told ME TO Put IN FOR SickCALL THE NEXT DAY.

12. I Put IN FOR SickCALL AND WAS Eventually SEEN ON SickCALL DAY.

13. OFFICER Sullivan DID NOT WRITE ME ANY Ticket FOR BREAKING ANY INSTITUTIONAL RULE INFRACTIONS.

14. PLAINTIFF FILED A GRIEVANCE DATED 2-25-14 TO THE COUNSELOR OF THE NORTH CELL House OF THE Facility IN QUESTION.

15. I RECEIVED A COUNSELOR'S RESPONSE TO THE 2-25-14 Grievance AND IMMEDIATELY MADE Copies OF IT.

16. AFTER RECEIVING Copies PLAINTIFF IMMEDIATELY SUBMITTED THE Original THROUGH THE INSTITUTION'S MAILING System TO THE Grievance OFFICER ~~Requesting to A Status check up~~ ON 3-17-14.

7. Two (2) Months HAVE PASSED SINCE 3-17-14 AND I HAVEN'T RECEIVED A COPY OF THE GRIEVANCE TO DATE.

8. ON 4-29-14 ~~requestin~~ I WROTE A SCRIBE TO THE GRIEVANCE OFFICER REQUESTING FOR A STATUS CHECK ON THE ~~⬤~~ 2-25-14 GRIEVANCE I SENT TO THE GRIEVANCE OFFICER IN RELATION TO THE ABOVE INCIDENT.

9. TWO MONTHS HAVE ELAPSED AND I HAVEN'T RECEIVED A RESPONSE TO THE 2-25-14 GRIEVANCE THAT I SENT TO THE GRIEVANCE OFFICER ON 3-17-14 NOR HAVE I RECEIVED A RESPONSE TO THE 4-29-14 SCRIBE SENT THROUGH THE INSTITUTION'S MAILING SYSTEM TO THE GRIEVANCE OFFICER ASKING FOR A STATUS CHECK TO THE 2-25-14 GRIEVANCE.

10. THIS ISN'T THE FIRST TIME THAT I'VE HAD A PROBLEM WITH THE GRIEVANCE OFFICER RESPONDING TO MY GRIEVANCES.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 6-3-14

*Michael Johnson*

MICHAEL JOHNSON # R63104
PONTIAC CORRECTIONAL CENTER
P.O. BOX 99
PONTIAC, IL 61764